Merrimack County Probate Court
No. 7350

SETH MARSHALL

v.

ERNEST THALASINOS

November 30, 1976

*Warren B. Rudman,* attorney general, and *Carroll F. Jones,* Esquire *(Mr. Jones* orally), for the State and the plaintiff Marshall.

*Michael E. Chubrich (Mr. Chubrich* orally) for the defendant.

### Memorandum Opinion

The defendant died on or about September 2, 1976. Accordingly this case challenging the validity of his commitment is therefore moot and is dismissed.

*Dismissed.*